# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRUCE HORMAN,**

    **Plaintiff,**

    **vs.**                     Cause No. 07-CV-455 DRH

**LAFORGE NORTH AMERICA, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

June 19, 2008                   By: s/Robin Butler
                                          Deputy Clerk

APPROVED: /s/ *David R Herndon*
                  **CHIEF JUDGE**
                  **U.S. DISTRICT COURT**